

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00119-CR

---

EMERY DOMINIQUE EMMITT
A/K/A EMERY DOMINIAUE EMMITT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1314734D, Honorable Ruben Gonzalez, Jr., Presiding

---

July 10, 2015

## ORDER

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Before the Court is the motion of appellant Emery Dominique Emmitt requesting access to the appellate record for the purpose of preparing a pro se response to the motion to withdraw and *Anders* brief filed by appellant's counsel. The motion requests a paper copy of the record. It contains a certificate of conference stating the Tarrant County District Attorney's Office does not oppose the motion. The motion is granted. The clerk of the trial court is directed to deliver to appellant a paper copy of the

complete appellate record filed in this cause.  *See Kelly v. State*, 436 S.W.3d 313, 321 (Tex. Crim. App. 2014); TEX. R. APP. P. 34.5(g), 34.6(h).  The trial court clerk shall deliver the appellate record by July 27, 2015.

Appellant may file a response to the motion to withdraw and *Anders* brief by August 26, 2015.  The appeal will be submitted for consideration on that date.

It is so ordered.


Per Curiam


Do not publish.